## COMMONWEALTH of Pennsylvania, Petitioner

v.

### Jeffrey McCRAY, Respondent.

Supreme Court of Pennsylvania.

Dec. 7, 2005.

## *ORDER*

PER CURIAM.

AND NOW, this 7th day of December, 2005, the Petition for Allowance of Appeal is hereby GRANTED, and the order of the Superior Court is REVERSED pursuant to Pa.R.Crim.P. 720, Pa.R.A.P. 302(a), and 42 Pa.C.S. §§ 9543(a)(3), 9544(b).